**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                              Case No. 4:13CR00300-001 KGB

ANTHONY E. OWENS, SR.                                                                 DEFENDANT

## ORDER

Pending before the Court is the government's motion for revocation of defendant Anthony E. Owens, Sr.'s supervised release (Dkt. No. 4). The government also has requested that a summons be issued for defendant.

The Court orders a hearing on the government's motion to revoke. The hearing is scheduled to begin Thursday, May 8, 2014, at 9:30 a.m. in Courtroom #4C, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. This is a show cause hearing on why defendant's supervised release should not be revoked.

The Court grants the request for issuance of summons. The Court directs the Clerk of Court to issue a summons for defendant Anthony E. Owens, Sr., and to deliver the summons to the United States Marshal for service.

Assistant Federal Public Defender Lisa Peters is hereby appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 23rd day of April, 2014.

_Kristine G. Parker_
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE