**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | Case No. 4:13CR00300-001 KGB | |
| ANTHONY E. OWENS, SR. | | DEFENDANT |

**ORDER**

The United States moves to dismiss without prejudice the pending request to revoke defendant Anthony E. Owens, Sr.'s supervised release (Dkt. No. 16). The government makes this request based on Mr. Owens' conduct within the last 60 days demonstrating compliance with the conditions of his supervised release and to preserve the government's ability to file the motion to revoke again if there are any other alleged violations by Mr. Owens during the period of his supervised release.

The Court grants the government's request. The pending superseding motion to revoke Mr. Owens' supervised release is dismissed without prejudice (Dkt. No. 12). Mr. Owens is directed to continue complying with all conditions of supervised release.

SO ORDERED this 18th day of September, 2014.

_Kristine G. Baker_
_____
Kristine G. Baker
United States District Judge